1  Keith Slenkovich (SBN 129793)
     keith.slenkovich@wilmerhale.com
2  Christine Capuyan (SBN 281036)
     christine.capuyan@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA 94304
5  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

6
   Attorneys for Defendant
7  INTEGRATED DEVICE
   TECHNOLOGY, INC.
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| NORTH STAR INNOVATIONS INC., | Case No.  8:16-cv-2055 DOC (DFMx) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Ctrm:   9C |
| INTEGRATED DEVICE TECHNOLOGY, INC. | Judge:  Honorable David O. Carter |
| Defendant. | |

NOTICE OF APPEARANCE
(CASE NO. 8:16-cv-2055 DOC (DFMx))

1  PLEASE TAKE NOTICE that Christine Capuyan, of Wilmer Cutler
2  Pickering Hale and Dorr LLP, hereby enters her appearance as attorney of record
3  for Defendant Integrated Device Technology, Inc. in the above-captioned matter.

Dated: December 14, 2016    By: /s/ Christine Capuyan
                                Christine Capuyan (SBN 281036)
                                Attorney for Defendant
                                INTEGRATED DEVICE TECHNOLOGY, INC.