1  Keith Slenkovich (SBN 129793)
     keith.slenkovich@wilmerhale.com
2  Christine Capuyan (SBN 281036)
     christine.capuyan@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA 94304
5  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

6

7  Attorneys for Defendant
   INTEGRATED DEVICE
   TECHNOLOGY, INC.

8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| NORTH STAR INNOVATIONS INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INTEGRATED DEVICE TECHNOLOGY, INC.<br><br>　　　　　Defendant. | Case No.  8:16-cv-2055 DOC (DFMx)<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Ctrm:　9C<br>Judge:　Honorable David O. Carter<br><br>Complaint served:  November 17, 2016<br>Current response date:  January 9, 2017<br>New response date:  January 24, 2017 |

STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO INITIAL
COMPLAINT (CASE NO. 8:16-cv-2055 DOC (DFMx))

Plaintiff North Star Innovations Inc. ("Plaintiff") and Defendant Integrated Device Technology, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel, respectively submit the following Stipulation For Further Extension Of Time To Respond To Initial Complaint.

On December 1, 2016, the Parties agreed to an extension of time not greater than 30 days to respond to Plaintiff's Complaint up through and including January 9, 2017 pursuant to Local Rule 8-3.

In light of Defendant's company-wide holiday shutdowns from December 22, 2016 through January 9, 2017, the Parties have agreed to a further 15-day extension of time for Defendant to respond to the initial complaint up through and including January 24, 2017.

IT IS SO STIPULATED.

Dated:  December 21, 2016        By: /s/ Keith Slenkovich
                                 Keith Slenkovich (SBN 129793)
                                 Attorney for Defendant
                                 INTEGRATED DEVICE TECHNOLOGY, INC.

Dated: December 21, 2016         By: /s/ H.H. (Shashi) Kewalramani
                                 H.H. (Shashi) Kewalramani (SBN 262290)
                                 Attorney for Plaintiff
                                 NORTH STAR INNOVATIONS INC.

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4, regarding signatures, I, Keith Slenkovich attest that H.H. (Shashi) Kewalramani concurs in and has authorized this stipulated filing.

Dated:  December 21, 2016        By: /s/ Keith Slenkovich
                                                       Keith Slenkovich (SBN 129793)

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Dated:  December 21, 2016        By: /s/ Keith Slenkovich
                                                       Keith Slenkovich (SBN 129793)