# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NORTH STAR INNOVATIONS INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTEGRATED DEVICE TECHNOLOGY, INC. <br><br> Defendant. | Case No. 8:16-cv-2055 DOC (DFMx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |

## ORDER

Upon consideration of the parties' Stipulation For Further Extension Of Time To Respond To Initial Complaint,

**IT IS HEREBY ORDERED** that Defendant Integrated Device Technology, Inc. is granted an extension of 15 days, to and including January 24, 2017, to respond to the complaint filed by Plaintiff North Star Innovations, Inc.

Dated: _____        _____
Hon. David O. Carter
United States District Judge

[PROPOSED] ORDER RE: STIPULATION FOR FURTHER EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (CASE NO. 8:16-cv-2055 DOC (DFMx))